Certificate Number: 05781-LAW-DE-041433097

Bankruptcy Case Number: 21-10523

05781-LAW-DE-041433097

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2026, at 10:54 o'clock AM PDT, Jason King Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Louisiana.

Date: September 11, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President